1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                                  CENTRAL DISTRICT OF CALIFORNIA

10

11   JAYLIN KEMONE GODBOLT,                    Case No. 2:21-09640 PA (ADS)

12                        Petitioner,

13                        v.                   ORDER ACCEPTING UNITED STATES
                                               MAGISTRATE JUDGE'S REPORT AND
14   WARREN L. MONTGOMERY,                     RECOMMENDATION

15                        Respondent.

16

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition

18   for Writ of Habeas Corpus (Dkt. No. 5), Respondent's Answer (Dkt. No. 12), Petitioner's

19   Reply (Dkt. No. 14), the Report and Recommendation of the United States Magistrate

20   Judge (Dkt. No. 16), and all the records and files herein.  The Court has engaged in a *de*

21   *novo* review of those portions of the Report and Recommendation to which objections

22   were made.  The Court accepts the findings and recommendations of the Magistrate

23   Judge.

24

1      Accordingly, IT IS HEREBY ORDERED:

2      1.  The Court approves and accepts the Report and Recommendation of the

3         United States Magistrate Judge (Dkt. No. 16);

4      2.  The Petition is denied and dismissed with prejudice; and

5      3.  Judgment is to be entered accordingly.

6

7   DATED:  June 29, 2023                                         

8                         PERCY ANDERSON
                        United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

2