JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYLIN KEMONE GODBOLT,<br><br>Petitioner,<br><br>v.<br><br>WARREN L. MONTGOMERY,<br><br>Respondent. | Case No. 2:21-09640 PA (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the First Amended Petition denied with prejudice.

DATED: June 29, 2023

_____
PERCY ANDERSON
United States District Judge